JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN JAMIE HULBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:17-cv-09068-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: October 17, 2018

_____
HON. STEVE KIM
U.S. MAGISTRATE JUDGE